UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERI JORDAN, as Next Friend of
DE'JAH WILLIAMS, a minor and
KANESHIA SMITH, Individually,

        Plaintiffs,        CASE NUMBER: 14-10037
                                        HONORABLE VICTORIA A. ROBERTS

v.

DENNY'S INC., a foreign corporation,

        Defendant.

_____/

## ORDER SATISFYING SHOW CAUSE

On April 17, 2014, the Court ordered that Plaintiff show cause why the complete diversity requirement of 28 U.S.C. § 1332 was met. Specifically, the Court required that Plaintiff allege citizenship and show that the amount in controversy is met.

On April 21, 2014, Plaintiff submitted a satisfactory response to the Court's Order. Accordingly, **IT IS ORDERED** that Plaintiff has shown that diversity exists for the purpose of § 1332.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated:  April 22, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 22, 2014.

s/Carol A. Pinegar
Deputy Clerk